## MEMORANDUM DECISIONS.

ABEGG et al. v. PEOPLE'S TRUST CO. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by Henry Abegg and others against the People's Trust Company. No opinion. Motion denied, with $10 costs.

ADLER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. April 8, 1901.) Action by Joseph Adler against the Metropolitan Street-Railway Company. From a judgment of the general term of the city court (68 N. Y. Supp. 621), affirming a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Herman Fox, for respondent.

PER CURIAM. Judgment affirmed, with costs.

ALLBRING v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. April 4, 1901.) Action by Bertha Allbring, as administratrix, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order amended so as to read: "Order appealed from reversed, solely upon the ground that the evidence in the case was not sufficient to take the case to the jury upon the question of the absence of contributory negligence, and the question of the negligence of the defendant having caused the injury. We have examined all the facts in the case, and find no error therein; assuming that they were sufficient to authorize a submission to the jury upon the two issues above specified." All concur, except McLENNAN, J., who dissents upon the ground that the order which we are asked to amend, correctly discloses the grounds upon which the case was decided. See 62 N. Y. Supp. 1131.

AMERICAN SODA-FOUNTAIN CO. OF NEW JERSEY, Appellant, v. MOLLOY, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by the American Soda-Fountain Company of New Jersey, doing business under the name of A. D. Puffer & Sons, against William V. Molloy, as sheriff of Westchester county, N. Y. No opinion. Judgment of the county court of Westchester county affirmed, with costs.

ANDERSON, Appellant, v. HEROLD, Respondent. (Supreme Court, Appellate Term. April 22, 1901.) Action by John H. Anderson against Katie Herold. From a judgment in defendant's favor, plaintiff appeals. Affirmed. Joseph M. Williams, for appellant. O. J. Hochstadter (Abraham B. Schleimer, of counsel), for respondent.

PER CURIAM. There are no questions of law involved in this appeal. Upon the authority of Fowler v. Marcus, 41 App. Div. 425, 58 N. Y. Supp. 867, and Katz v. Liederman, 32 Misc. Rep. 712, 65 N. Y. Supp. 1137, judgment affirmed, with costs.

ANDREWS v. INVESTORS' CHARTERED CO. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by William H. Andrews against the Investors' Chartered Company. No opinion. Motion dismissed, with $10 costs.

ANGEVINE, Respondent, v. FLEISCHMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by Margaret Angevine against Max Fleischmann and Patrick J. Ring. No opinion. Judgment and order affirmed, with costs.

ASSOCIAZIONE FRATERNA ITALIANA, Appellant, v. PASQUALE DE CONCA et al., Respondents. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by the Associazione Fraterna Italiana against Pasquale de Conca and others. A. I. Oishei, for appellant. J. F. Roberts, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

AUSTIN LAND CO., Appellant, v. STEFFEN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 4, 1901.) Action by the Austin Land Company against Max W. Steffen and others. No opinion. Judgment affirmed, with costs to respondent Kock.

BADGER et al. v. NEW YORK COUNTY NAT. BANK. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Theodore Badger and another against the New York County National Bank. No opinion. Motion dismissed, with $10 costs.

BAILEY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by May Bailey against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.